IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD LEE WILLIAMS,
    Petitioner,

vs.                                               Case No. 3:08cv308/LAC/EMT

WALTER A. McNEIL,[1]
    Respondent.
_____/

## **O R D E R**

    Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well as a motion to proceed in forma pauperis, and a Certificate Regarding Inmate Account with an attached printout of the activity in his inmate account for the six-month period preceding the filing of the petition (Docs. 2, 3). From a review of the inmate bank account records, Petitioner had an average monthly amount of $70.00 deposited into his prison account. Therefore, Petitioner shall be required to pay the $5.00 fee.

    Accordingly, it is **ORDERED**:

    1.     The clerk of court is directed to change the docket to reflect that Walter McNeil is substituted for James McDonough as Respondent.

    2.     Petitioner's application to proceed in forma pauperis (Doc. 3) is **DENIED**. Petitioner shall submit a payment of $5.00 to the clerk of this court within **THIRTY (30) DAYS** from the date of docketing of this order. The check should be made payable to "Clerk, U. S. District Court."

    3.     Failure of Petitioner to either submit this amount or explain his inability to do so may result in a recommendation that this case be dismissed.

---

[1] Walter A. McNeil succeeded James McDonough as Secretary for the Department of Corrections, and is automatically substituted as Respondent. *See* Fed. R. Civ. P. 25(d)(1).

**DONE AND ORDERED** this 24th day of July 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**