# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**RONALD LEE WILLIAMS,**

    **Petitioner,**

**vs.**

                                **CASE NO. 3:08cv308-LC/WCS**

**WALTER McNEIL,**

    **Respondent.**

    _____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 19, 2010. Doc. 28. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The § 2254 petition for writ of habeas corpus filed by Ronald Lee Williams challenging convictions for first degree murder (four counts), attempted first degree murder, and kidnapping (six counts), in the Circuit Court of the First Judicial Circuit, in and for Escambia County, Florida, case number 1990 CF 003515A, is **DENIED WITH PREJUDICE** and that the certificate of appealability **DENIED** pursuant to § 2254 Rule 11(a).

**DONE AND ORDERED** this 4th day of January, 2011.

s/*L.A. Collier*
**LACEY A. COLLIER**
**Senior United States District Judge**